## CASE ANNOUNCEMENTS

*May 12, 2010*

[Cite as *05/12/2010 Case Announcements*, 2010-Ohio-2059.]

## MOTION AND PROCEDURAL RULINGS

**In re Karnofel.**
On February 10, 2010, this court found Delores M. Karnofel to be a vexatious litigator under S.Ct. Prac.R. 14.5(B). This court further ordered that Karnofel was prohibited from continuing or instituting legal proceedings in this court without first obtaining leave. On May 7, 2010, Karnofel submitted a motion for leave to proceed. Upon review of the proffered document, the court finds it without merit. Accordingly,

It is ordered by the court that Delores M. Karnofel's motion for leave is denied.

**1986–1099. State v. Spisak.**
Cuyahoga App. Nos. 47458 and 47459. This cause came on for further consideration upon appellee's motion to set execution date. Upon consideration thereof,

It is ordered by the court that the motion to set execution date is granted.

It is further ordered by the court that appellant's sentence be carried into execution by the Warden of the Southern Ohio Correctional Facility or, in his absence, by the Deputy Warden on Thursday, February 17, 2011, in accordance with the statutes so provided.

It is further ordered that a certified copy of this entry and a warrant under the seal of this court be duly certified to the Warden of the Southern Ohio Correctional Facility and that said warden shall make due return thereof to the Clerk of the Court of Common Pleas of Cuyahoga County.

Brown, C.J., not participating.

**1997–2204. State v. Baston.**
Lucas App. No. L–95–087. This cause came on for further consideration upon appellee's motion to set execution date. Upon consideration thereof,

It is ordered by the court that the motion to set execution date is granted.

It is further ordered by the court that appellant's sentence be carried into execution by the Warden of the Southern Ohio Correctional Facility or, in his absence, by the Deputy Warden on Thursday, March 10, 2011, in accordance with the statutes so provided.

It is further ordered that a certified copy of this entry and a warrant under the seal of this court be duly certified to the Warden of the Southern Ohio Correctional Facility and that said warden shall make due return thereof to the Clerk of the Court of Common Pleas of Lucas County.

Brown, C.J., not participating.

## MISCELLANEOUS ORDERS

**2010–0354. In re Application of Piteo.**
On February 26, 2010, the Board of Commissioners on Character and Fitness filed its final report in this court pursuant to Gov.Bar R. I(12)(E), recommending that Theodore James Piteo's application for admission to the Ohio bar be disapproved because he violated bar examination rules by returning to questions after time was called. No objections were filed. Upon consideration thereof,

It is ordered by the court that consistent with the recommendation of the board, the application of Theodore James Piteo for admission to the practice of law in Ohio is disapproved and that he be permitted to reapply for admission in July 2010 by filing a supplemental character questionnaire. Upon reapplication, Theodore James Piteo shall undergo review by the board, and upon a recommendation of approval by the board, he shall be admitted to the practice of law in Ohio.

Brown, C.J., not participating.